IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lisa Eischen | Case No.:  3:14-cv-48 |
| Plaintiff, | Judge Thomas Rose |
| v. | **ORDER OF DISMISSAL: TERMINATION ENTRY** |
| MonDay Community Correctional Inst. | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties may submit a substitute Judgment Entry once settlement is consummated.  Parties intending to preserve this Courts jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

October 21, 2015                              *s/Thomas M. Rose

                                          _____
                                          Honorable Thomas M. Rose